IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOSEPH ALBERTSON, III                                                                                         PLAINTIFF

v.                                              Case No. 4:02-cv-04146

THE KANSAS CITY SOUTHERN RAILWAY, CO.                                          DEFENDANT

## ORDER

Before the Court is Plaintiff's Motion for Approval of Attorneys' Fees for Preparation of Accounting and Filing of Annual Report. (ECF No. 38). Plaintiff moves the Court to approve the total payment of $300 to Plaintiff's counsel, the Burgess Law Firm, PLLC, by BancorpSouth for the firm's services in preparation of the 2014 and 2015 annual reports filed with this Court. (ECF Nos. 35 and 36). The motion requests that the fees be paid out of the funds kept for the benefit of Plaintiff Joe Albertson, which are maintained by BancorpSouth Bank. Plaintiff's motion is unopposed. After consideration, the Court finds that Plaintiff's Motion for Approval of Attorneys' Fees for Preparation of Accounting and Filing of Annual Report should be and hereby is **GRANTED**.

**IT IS SO ORDERED**, this 3rd day of November, 2016.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Harry F. Barnes
　　　　　　　　　　　　　　　　　　　　　　　Harry F. Barnes
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge