IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOSEPH ALBERTSON, III                                                                            PLAINTIFF

v.                                              Case No. 4:02-cv-04146

THE KANSAS CITY SOUTHERN RAILWAY, CO.                                      DEFENDANT

## ORDER

Before the Court is Plaintiff's Motion for Approval of Attorneys' Fees for Preparation of Accounting and Filing of Annual Report. ECF No. 53. Plaintiff moves the Court to approve the total payment of $349.25 to Plaintiff's counsel, the Burgess Law Firm, PLLC, by BancorpSouth for the firm's services in preparation of the 2020 annual report filed with this Court. ECF No. 52. The motion requests that the fees be paid out of the funds kept for the benefit of Plaintiff Joe Albertson, which are maintained by BancorpSouth Bank. Plaintiff's motion is unopposed. Upon consideration, the Court finds that Plaintiff's Motion for Approval of Attorneys' Fees for Preparation of Accounting and Filing of Annual Report (ECF No. 53) should be and hereby is **GRANTED**.

**IT IS SO ORDERED**, this 4th day of March, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge